Alan M. Anzarouth
Attorney at Law
3111 Camino Del Rio North, Suite 1325
San Diego, CA 92108
· Tel. (619) 398-9390
CA State Bar No. 84888

Attorney for Petitioner

FILED

08 FEB 21 PM 4:25

CLERK. U.S. DISTRICT C: :
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohamed Bahriz        DHS File No. A77 203 614 | Civil No: |
| Plaintiff, | '08 CV 0342 JM NLS |
| vs. | |
| Paul Pierre, District Director, | |
| U.S. Citizenship and Immigration Services, | **COMPLAINT FOR RELIEF IN THE** |
| Michael Chertoff, U.S. Secretary of Homeland Security | **NATURE OF MANDAMUS** |
| Homeland Security, | |
| and | |
| Michael Mukasey, U.S. Attorney General, | |
| Defendants. | |

Plaintiff, by his attorney, complaining of Defendants alleges as follows:

1.      Plaintiff Mohammed Bahriz is a native and citizen of Algeria, and has been a lawful permanent resident of the United States since May 23, 2001.  Plaintiff resides within the jurisdiction of this Court.

2.      The Defendant Paul Pierre is the Director of the U.S. Citizenship and Immigration Services (CIS), a subsidiary agency of the U.S. Department of Homeland Security (DHS), in San Diego, California.  This Defendant is sued herein in his official capacity.  He is responsible for the processing of applications for naturalization for applicants who reside within San Diego County, State of California, under 8 USC 1421, et. seq., and 8 CFR 310, et. seq.

3.      Michael Mukasey is the U.S. Attorney General, an agency of the United States Government, in Washington, D.C.  This Defendant is sued herein in his official capacity.  He is responsible for the processing of security clearance checks conducted by the Federal Bureau of

Investigation (FBI), which the CIS maintains must be completed before it can approve any application for naturalization, under 8 USC 1421, et. seq., and 8 CFR 310, et. seq.

4.    Michael Chertoff is the Secretary of Homeland Security, an agency of the U.S. Government, in Washington, D.C.  This Defendant is sued herein in his official capacity.  He is responsible for overseeing the operations of the CIS, pursuant to 8 USC 1421, et. seq., and 8 CFR 310, et. seq.

5.    The Court has jurisdiction of this action pursuant to 28 USC 1331, 28 USC 1361, 28 USC 1651, 5 USC 701, et. seq., and 28 USC 2201, et. seq..

6.    On March 20, 2006, Mr. Bahriz filed with the CIS California Service Center an application for naturalization.  The CIS assigned to him application no. WSC*001474760 to his naturalization case.

7.    On April 25, 2006, Mr. Bahriz provided his biometric fingerprints to the CIS at a scheduled appointment.  Counsel believes that the FBI fingerprint results show that the Plaintiff has never been arrested or convicted of any crime anywhere in the world.

8.    On September 20, 2006, the CIS scheduled Plaintiff for a November 7, 2006, naturalization examination at the San Diego Federal Building.  However, on October 20, 2006, the government canceled the scheduled examination "due to unforeseen circumstances."  The notice did not explain what was meant by the term, "unforeseen circumstances."

9.    On December 4, 2006, counsel entered his appearance as attorney of record with the CIS on behalf of Plaintiff.  On that day, counsel wrote to the CIS to inquire as to the status of Plaintiff's naturalization application.  On December 5, 2006, the CIS responded to the inquiry by advising that security checks for Plaintiff were still pending, and that the CIS could take no further action until such checks cleared.  The CIS claimed that further processing of Plaintiff's naturalization application was beyond its control.

10.    More than 23 months after Plaintiff filed his naturalization application, the government has failed to conduct an examination on such application.  The government refuses to schedule the examination until the FBI completes its security clearance name checks.

11.    Defendant Pierre has been unable or unwilling to schedule Plaintiff's referenced naturalization examination.  Further, his office has failed to meaningfully disclose (1) whether the name checks have been completed; (2) the reason or reasons why such name checks have not yet been completed; (3) when such name checks will be completed; or (4) the results of the name checks, if they have been completed.  Further, the Defendants are taking no action on Plaintiff's application even though similar cases have been completed far more expeditiously.

12.    Plaintiff has exhausted all available administrative remedies.

13.    The Defendants' refusal to act in this case is, as a matter of law, arbitrary, and not in accordance with the law.

14.    Plaintiff has been greatly damaged by the failure of the each Defendant to act in accord with his respective duties under the law.

15.    The Defendants, in violation of the Administrative Procedures Act, 5 USC 701, et seq., have unlawfully withheld or unreasonably delayed action with Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law and regulation with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays that this Honorable Court:

A.    Order the Defendants to have their agents process this case to a conclusion;

B.    Order that the Defendants pay reasonable attorney fees; and

C.    Order other and further relief as it may deem proper under the circumstances.

DATED:    February 21, 2008

ALAN M. ANZAROUTH
Attorney for Plaintiff

3

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Mohamed Bahriz

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alan M. Anzarouth, 3111 Camino del Rio N., Suite 1325
San Diego, CA 92108   619-398-9390

## DEFENDANTS
Paul Pierre, Director, U.S. Citizenship and Immigration Services,
Michael Chertoff, U.S. Secretary of Homeland Security, and

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
U.S. Attorney, 940 Front Street, San Diego, CA 92101

**08 CV 0342 JM NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☒ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC Sections 1421, 1443, 1446, 1446, et. seq.; 28 USC Sections 1331, 1361, 1651, 2201, et. seq.; 5 USC 701
Brief description of cause:
CIS has failed to schedule Plaintiff's naturalization examination 23 months after application filing.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE
02/21/2008

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # 14947    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE
SU 2/21/08

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147947    — SH

## February 21, 2008
## 16:30:59

## Civ Fil Non—Pris
USAO #.: 08CV0342
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CA

## Total—> $350.00

FROM: BAHRIZ V. PIERRE