Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 21 PM 4:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PPL  DEPUTY

Mohamed Bahriz,
  DHS File No. A77 203 614,
    Plaintiff.
         vs
Paul Pierre, District Director, U.S.
  Citizenship and Immigration
  Services,
Michael Chertoff, U.S. Secretary of
  Homeland Security, and
Michael Mukasey, U.S. Attorney
  General,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0342 JM NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
619-398-9390

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

FEB 21 2008

W. Samuel Hamrick, Jr.
CLERK  (SEAL)
P. DELA CRUZ

DATE

By _____, Deputy Clerk

Summons in a Civil Action                                        Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)