1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7157
   Facsimile: (619) 557-5004
6
   Attorneys for the Defendants
7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10 MOHAMED BAHRIZ,                    )   Case No. 08cv0342 JM (NLS)
                                      )
11              Plaintiff,            )
                                      )   Date:   June 6, 2008
12     v.                             )   Time:   1:30pm
                                      )   Crtrm:16
13 PAUL M.PIERRE, District Director, San)   The Honorable Jeffrey T. Miller
   Diego  U.S.  Citizenship  and  Immigration)
14 Services Field Office, et al.,     )   NOTICE OF MOTION AND
                                      )   MOTION TO DISMISS
15              Defendants.           )   **[Defendants Do Not Request Oral Argument]**
   _____)

16

17 TO:    PLAINTIFF MOHAMED BAHRIZ and THEIR ATTORNEY OF RECORD

18         PLEASE TAKE NOTICE that on June 6, 2008, at 1:30 p.m., or as soon thereafter as counsel may

19 be heard, in the courtroom of the Honorable Jeffrey T. Miller,  Defendants Michael Chertoff, et al.,

20 through their attorneys of record, Karen P. Hewitt, United States Attorney and Raven M. Norris,

21 Assistant U.S. Attorney, will bring arguments on their Motion to Dismiss pursuant to Rule 12(b)(1) and

22 12(b)(6), Federal Rule of Civil Procedure.  The motion is based upon the files and records of this case

23 and the attached memorandum of points and authorities.

24         Dated: April 28, 2008                    Respectfully submitted,

25                                                  KAREN P. HEWITT
                                                    United States Attorney
26
                                                    s/ Raven M. Norris
27                                                  RAVEN M. NORRIS
                                                    Assistant U.S. Attorney
28                                                  Attorneys for Defendants
                                                    Email: Raven.Norris@usdoj.gov