1  KAREN P. HEWITT
   United States Attorney
2  RAVEN M. NORRIS
   Assistant U.S. Attorney
3  California State Bar No. 232868
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7157
   Facsimile: (619) 557-5004
6
   Attorneys for the Defendants
7
   ALAN M. ANZAROUTH,
8  California State Bar No. 84888
   3111 Camino Del Rio North, Suite 1325
9  San Diego, California 92108

10 Attorney for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

| MOHAMED BAHRIZ, | ) | Case No. 08cv342 JM (NLS) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO DISMISS COMPLAINT AS MOOT |
| PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, et al., | ) | [Fed. R. Civ. P. 41(a)(1)] |
| Defendants. | ) | |

COME NOW THE PARTIES, Petitioner Mohamed Bahriz, by and through his counsel, Alan M. Anzarouth, and Defendants Paul M. Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Raven M. Norris, Assistant United States Attorney, hereby jointly move the Court to dismiss this action without prejudice. The parties have resolved the matters alleged in Plaintiff's complaint, and the parties agreed that the above-captioned case should be dismissed in its entirety without prejudice. It was further agreed that each party will bear its own attorneys' fees and costs of suit.

Based upon the foregoing, it is respectfully requested that the Court enter an order dismissing the action without prejudice.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2008 | Respectfully submitted, |
| 2 | | KAREN P. HEWITT<br>United States Attorney |
| 4 | | s/ Raven M. Norris<br>RAVEN M. NORRIS |
| 5 | | Assistant U.S. Attorney<br>Attorneys for Defendants |
| 6 | | <u>Email</u>: Raven.Norris@usdoj.gov |
| 7 8 | Dated: June 6, 2008 | s/Alan M. Anzarouth<br>ALAN M. ANZAROUTH<br>Attorney for Plaintiff |

10  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
11  of the United States District Court for the Southern District of California, I certify that the content of
12  this document is acceptable to counsel for the Petitioner and that I have obtained authorization from
13  Alan M. Anzarouth to affix his electronic signature to this document.

15  DATED: June 6, 2008          KAREN P. HEWITT
                                  United States Attorney

16                                s/Raven M. Norris
                                  Assistant U. S. Attorney
17                                Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED BAHRIZ, ) | Case No. 08cv0342 JM (NLS) |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| PAUL PIERRE, District Director, U.S. ) | |
| Citizenship & Immigration Services et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Dismiss on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Alan M. Anzarouth, Esq.**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008

                                               s/ Raven M. Norris
                                               RAVEN M. NORRIS