UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED BAHRIZ,<br><br>          Plaintiff,<br><br>     v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship & Immigration Services, et al.,<br><br>          Defendants. | Case No. 08cv0342 JM (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT AS MOOT<br><br>[Fed. R. Civ. P. 41(a)(1)] |

Having considered the parties' Joint Motion to Dismiss Complaint as Moot pursuant to Fed R. Civ. P. 41(a)(1) and finding the joint motion meritorious, the Court GRANTS the motion and hereby DISMISSES Plaintiffs' Complaint for Declaratory Relief in the Nature of Mandamus.

DATED: June 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge